SOCIETE NATIONALE D'INDUS-TRIES NUTRITIVE, S.A.E., 8 Man-souria Road Ahram, Giza Egypt, Plaintiff–Appellant,

v.

The COCA–COLA COMPANY, P.O. Box 1734 Atlanta Georgia 30301, Defendant–Appellee.

Nos. 09–10942, 09–15284.

United States Court of Appeals, Eleventh Circuit.

Nov. 17, 2010.

Elizabeth Grace Eager, Edward B. Krugman, Bondurant, Mixson & Elmore, LLC, Atlanta, GA, Eric L. Lewis, Anne Katherine Toomey, John Edward Thompson, Baach, Robinson & Lewis, PLLC, Washington, DC, for Plaintiff–Appellant.

Jeffrey Scott Cashdan, Benjamin Lee, L. Joseph Loveland, King & Spalding, Atlanta, GA, for Defendant–Appellee.

Before BLACK, MARTIN and COX, Circuit Judges.

PER CURIAM:

Societe Nationale D'Industries Nutritive, S.A.E. (SONUT), appeals the district court's grant of The Coca–Cola Company's motion to stay in case No. 09–10942 and denial of SONUT's motion to reconsider in case No. 09–15284. The district court granted the motion to stay under the doctrine of international abstention and, pursuant to the same doctrine, denied the motion to reconsider. Based upon our review of the record, the briefs, oral argument, and the district court's well-reasoned opinion, we conclude the district court did not err in its decision to grant Coca–Cola's motion to stay, nor did it err in denying SONUT's motion to reconsider.

AFFIRMED.